BELLATRIX PC
Alicia I. Dearn, Esq. (SBN: 235169)
*aliciadearn@bellatrixlaw.com*
Melissa N. Engle, Esq. (SBN: 272741)
*melissaengle@bellatrixlaw.com*
9475 Chesapeake Drive Suite B
San Diego, CA 92123
Tel:   (619) 677-5608
Fax:   (619) 677-5684

Attorneys for Defendants Chop Chop
Entertainment, LLC and Shyam Sundar Sengupta

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SALHUS and MICHAEL SHEARER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHOP CHOP ENTERTAINMENT, LLC; SHYAM SUNDAR SENGUPTA, an individual; and DOE ONE through and including DOE ONE HUNDRED,<br><br>Defendants. | Los Angeles Superior Case No.: BC578220<br><br>Central District of California Case No.:<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Action filed: April 9, 2015 |

///

///

///

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

The Notice of Removal of Defendants CHOP CHOP ENTERTAINMENT, LLC and Sengupta Shyam Sundar respectfully shows:

1. On April 9, 2015, an action was commenced against Defendants in the Superior Court of California, County of Los Angeles, Case No. BC578220, which included a claim arising under Federal law. The claim is for 29 U.S.C. § 216(b). A copy of the Complaint is lodged with the Court along with this Notice, as **Exhibit A**. The federal law upon which this claim is based creates a private right of action in federal court that is separate to and above any state law actions in the case.

2. The above-described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441(a)-(b) and 28 U.S.C. § 1446(b).

3. Defendants, by and through their Attorney, join in and consent to the removal of this case to the United States District Court for the Central District of California.

///

///

///

WHEREFORE, Defendants pray that the above action now pending against the Superior Court of California, County of Los Angeles, be removed by this Court.

Dated: May 15, 2015

*/s/ Melissa N. Engle*_____
Alicia I. Dearn, Esq.
Melissa N. Engle, Esq.
Bellatrix PC
Attorneys for Chop Chop Entertainment, LLC and Shyam Sundar Sengupta